IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STARLINDA BRANICK, | |
| Plaintiff, | Case No. 1:21-cv-01307 |
| v. | |
| REDBOX AUTOMATED RETAIL, LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Starlinda Branick, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Redbox Automated Retail, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Nicholas A. Colella
**CARLSON LYNCH, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246
bcarlson@carlsonlynch.com
ncolella@carlsonlynch.com

Kyle A. Shamberg
**CARLSON LYNCH, LLP**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
kshamberg@carlsonlynch.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 13, 2021, a true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic filing system.

*/s/ R. Bruce Carlson*
R. Bruce Carlson